IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DERRICK JACOBS                    :           CIVIL ACTION
                                  :
          v.                      :
                                  :
CITY OF PHILADELPHIA et al.       :           NO. 21-3428

ORDER

AND NOW, this  6th  day of March, 2023, for the
reasons stated in the foregoing Memorandum, it is hereby ORDERED
that the motion of defendants City of Philadelphia, Philadelphia
Police Department, Philadelphia District Attorney's Office,
Danielle Outlaw, Lawrence Krasner, Tracey Tripp, Christine
Coulter, Dennis Wilson, Benjamin Naish, Jason Hendershot, D.F.
Pace, and Patrick Quinn to dismiss the complaint of plaintiff
Derrick Jacobs (Doc. #5) is GRANTED.

BY THE COURT:


  /s/ Harvey Bartle III
                                                        J.